Hon. Marc L. Barreca
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN RE: | NO. 22-10867 |
|---|---|
| B T S INTERNATIONAL, LLC, | POST-CONFIRMATION REPORT OF DEBTOR |
| Debtor. | |

The reorganized debtor B T S International, LLC ("Debtor") submits this Post-Confirmation Report pursuant to LBR 2015-1(e).

The order confirming the plan was entered on October 17, 2022. An application for final decree has not yet been filed.

This is the second quarterly Post-Confirmation Report in this Subchapter-V case. This Report covers January 1, 2023, through March 31, 2023.

**1. Summary of property distributed:**

All allowed costs of administration have been paid. Payments on secured and unsecured prepetition claims are not yet due under the Plan and have not yet been made.

**2. Projections regarding Debtor's continuing ability to comply with the Plan.**

The Debtor's property at 505 Harrison has been listed for sale. The Debtor anticipates that either a buyer or an alternate funding source will be located, and that all payments required under the plan will be made.

POSTCONFIRMATION REPORT - Page 1 of 2

WENOKUR RIORDAN PLLC
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 22-10867-MLB    Doc 93    Filed 06/22/23    Ent. 06/22/23 12:27:58    Pg. 1 of 2

**3. Pending or anticipated litigation.**

There is no pending or anticipated litigation.

**4. Any factors affecting the ability to consummate the plan.**

The Plan's success depends on the sale or the refinance of the Harrison property. The property's value exceeds the total of secured and unsecured debt in this case. Assuming a buyer or new lender is located, the Plan should be fully consummated. The Plan provides that a final decree will be entered following substantial consummation, which in turn means the distribution of proceeds from sale or refinance of the Harrison property. Such payments are due no later than eight months after the date of confirmation of the Plan.

**5. Estimated date of final decree.**

A final decree will be applied for upon satisfaction of the plan obligations. That application will likely be submitted no earlier than July 2023.

DATED June 21, 2023.

WENOKUR RIORDAN PLLC

*/s/ Alan J. Wenokur*
_____
Alan J. Wenokur, WSBA # 13679
Attorneys for Chapter 11 Debtor

POSTCONFIRMATION REPORT - Page 2 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 22-10867-MLB    Doc 93    Filed 06/22/23    Ent. 06/22/23 12:27:58    Pg. 2 of 2