**The Honorable Judge Marc L. Barreca**
**Chapter 11**

Arnold M. Willig
Elizabeth H. Shea
Charles L. Butler, III
HACKER & WILLIG, INC., P.S.
520 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 340-1935
Fax: (206) 340-1936

Attorneys for Secured Creditor Variscite Capital, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re:<br><br>B T S INTERNATIONAL, LLC,<br><br>Reorganized Debtor. | **No. 22-10867-MLB**<br><br>**VARISCITE CAPITAL, LLC'S EX PARTE MOTION FOR RELIEF FROM STAY** |

## I. INTRODUCTION & RELIEF REQUESTED

Variscite Capital, LLC ("Variscite"), a secured creditor, by and through its attorneys, HACKER & WILLIG, INC., P.S., respectfully moves this Court for an *ex parte* order for relief from stay pursuant to the terms of the Debtor, B T S International, LLC's ("BTS" or the "Debtor") First Amended Plan [ECF No. 71] (the "Plan"), for the real property located at 505 Harrison Street, Seattle, Washington 98109 (the "Harrison Property").

The Plan provides that if BTS fails to find a buyer for the Harrison Property located at 505 Harrison Street, Seattle, Washington, within the time limit specified in Section 7.2 of the Plan (8 months from the Order confirming the Plan), Variscite "shall be entitled to present to the Court for consideration on an ex parte basis, and with no additional required notice to any party, an order (a) granting it immediate relief from the automatic stay with respect to the Harrison Property…" [ECF No. 71, at ECF pg. 21, ¶ 13.3].

**VARISCITE CAPITAL'S *EX PARTE* MOTION FOR RELIEF FROM STAY - 1**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

1    BTS has neither found a buyer for the Harrison Property nor refinanced Variscite's loan.

2    The Order confirming the Plan is dated October 17, 2022. [ECF No. 71]. Eight months from

3    October 17, 2022, is June 17, 2023. Thus, Variscite is entitled to relief from stay.

## II. CONCLUSION

Variscite respectfully requests that the Court enter an Order granting Variscite relief from stay as to the Harrison Property. A proposed form of Order is filed concurrently herewith as a received unsigned Order.

DATED this 23rd day of June, 2023.

Respectfully submitted,

HACKER & WILLIG, INC., P.S.

/s/ Arnold M. Willig
Arnold M. Willig, WSBA #20104
Elizabeth H. Shea, WSBA #27189
Charles L. Butler, III, WSBA #36893
Attorneys for Variscite Capital, LLC

**VARISCITE CAPITAL'S *EX PARTE* MOTION FOR RELIEF FROM STAY - 2**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 22-10867-MLB    Doc 94    Filed 06/23/23    Ent. 06/23/23 15:30:25    Pg. 2 of 2