IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

In re:

B T S INTERNATIONAL, LLC,

Reorganized Debtor.

No. 22-10867-MLB

*EX PARTE* ORDER GRANTING VARISCITE CAPITAL, LLC'S COURT-AUTHORIZED *EX PARTE* MOTION FOR RELIEF FROM STAY

THIS MATTER was brought before the Court on the *Ex Parte* Motion of Secured creditor, Variscite Capital, LLC ("Variscite") for relief from stay as to real property owned by BTS International, LLC ("BTS" or the "Reorganized Debtor"). Variscite's Deed of Trust encumbers real property located at 505 Harrison Street, Seattle, Washington 98109 (the "Harrison Property").

THE COURT has considered the records and files herein, including Variscite's Ex Parte Motion and BTS' First Amended Plan (the "Plan") [ECF No. 71], and FINDS that there is good cause for the relief requested.

NOW, THEREFORE, it is hereby

ORDERED that Variscite may proceed with Foreclosure of the Harrison Property and that pursuant to the Plan, 11 U.S.C. §§ 362(a) and 362(d), the automatic stay, to the extent it applied to the Harrison Property, is terminated as to Variscite, so that Variscite may pursue foreclosure of the Harrison Property or other state law remedies, to enforce its security interest.

*EX PARTE* ORDER GRANTING *EX PARTE* MOTION FOR RELIEF FROM STAY - 1

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 22-10867-MLB    Doc 95    Filed 06/23/23    Ent. 06/23/23 16:02:03    Pg. 1 of 2

The Harrison Property is described as follows:

> LOT 12 IN BLOCK 61 OF D.T. DENNY'S PARK ADDITION TO NORTH SEATTLE, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 2 OF PLATS, PAGE 46, RECORDS OF KING COUNTY AUDITOR;
>
> EXCEPT THE WEST 7 FEET THEREOF CONDEMNED IN DISTRICT COURT CAUSE NO 7541 FOR WIDENING OF FIFTH AVENUE NORTH AS PROVIDED BY UNDER CITY OF SEATTLE ORDINANCE NO. 1224;
>
> SITUATE IN THE CITY OF SEATTLE, COUNTY OF KING, STATE OF WASHINGTON

Assessor's Tax Parcel ID:   199120-0400

ORDERED that that the fourteen-day time frame set forth in FRBP 4001(a)(3) shall be, and hereby is waived and that the order shall be in full force and effect upon signature.

/// End of Order ///

Presented by:

HACKER & WILLIG, INC., P.S.

*/s/ Arnold M. Willig*
Arnold M. Willig, WSBA #20104
Elizabeth H. Shea, WSBA #27189
Charles L. Butler, III, WSBA #36893
Attorneys for Variscite Capital, LLC

*EX PARTE* ORDER GRANTING *EX PARTE* MOTION FOR RELIEF FROM STAY - 2

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

Case 22-10867-MLB   Doc 95   Filed 06/23/23   Ent. 06/23/23 16:02:03   Pg. 2 of 2